IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MACY'S WEST STORES, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> <macyskorea.com>, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 1:16-cv-1040 |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Nachmanoff dated December 15, 2016. Defendant has not filed any objections to the Report and Recommendation. Based on a review of the Complaint, Plaintiff's Motion for Default Judgment, and the supporting exhibits, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that Verisign, Inc., the registrar of record for the "macyskorea.com" domain name, is hereby directed and ordered, pursuant to 15 USC 1125(d)(2)(D)(i), to transfer the domain name to Network Solutions, LLC, who shall register the domain name in Plaintiff's name and provide Plaintiff full administrative control and ownership of the domain name.

Feb 2, 2017
~~January~~ __, 2017
Alexandria, VA

/s/
Liam O'Grady
United States District Judge